No. 03–232. BAY OCEAN MANAGEMENT, INC. *v.* STEEL COILS, INC., ET AL. C. A. 5th Cir. Certiorari denied.

No. 03–233. J. D. FIELDS & CO., INC. *v.* DUFRESNE. C. A. 5th Cir. Certiorari denied.

No. 03–237. KURTZ *v.* AYERS, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 03–275. LAVERY *v.* CITY OF LAGUNA BEACH, CALIFORNIA, ET AL. C. A. 9th Cir. Certiorari denied.

No. 03–289. BELGARD ET AL. *v.* DEPARTMENT OF AGRICULTURE ET AL. C. A. 5th Cir. Certiorari denied.

No. 03–291. KRILICH *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 03–295. ALCOHOL FOUNDATION, INC. *v.* UNITED STATES EX REL. ALCOHOL FOUNDATION, INC. C. A. 2d Cir. Certiorari denied.

No. 03–296. ELBERY *v.* MASSACHUSETTS. App. Ct. Mass. Certiorari denied.

No. 03–303. THOMPSON *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 03–316. RANEY *v.* UNITED STATES ET AL. C. A. D. C. Cir. Certiorari denied.

No. 03–318. AUSTIN ET AL. *v.* DILL, DILL, CARR, STONBRAKER & HUTCHINGS, P. C., ET AL. Sup. Ct. Ala. Certiorari denied.

No. 03–320. BARON *v.* DEPARTMENT OF THE INTERIOR. C. A. Fed. Cir. Certiorari denied.

No. 03–323. HURN *v.* UNITED STATES. C. A. Armed Forces. Certiorari denied.